**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT L. GARBER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MACY'S INC. (f/k/a FEDERATED DEPARTMENT STORES, INC.), TERRY J. LUNDGREN and KAREN M. HOGUET,<br><br>Defendants. | Case No. 1:07-cv-04774-AKH<br><br>ECF Case<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Macy's Inc. (f/k/a Federated Department Stores, Inc.), hereby makes the following disclosure:

1. There is no parent corporation to Macy's, Inc.

2. As of June 30, 2007, AXA Financial Inc. (AllianceBernstein, L.P.) owns 10% or more of the stock of Macy's, Inc.

Dated:  July 31, 2007                                    Respectfully submitted,


                                                         *s/ Arthur J. Margulies*
                                                         Arthur J. Margulies (AM-7777)
                                                         JONES DAY
                                                         222 East 41st Street
                                                         New York, NY 10017-6702
                                                         Telephone:  (212) 326-3939
                                                         Facsimile:  (212) 755-7306
                                                         Email: ajmargulies@jonesday.com

1

## **CERTIFICATE OF SERVICE**

The foregoing document was served on all counsel of record on July 31, 2007 by electronic mail through the Court's CM/ECF system and by U.S. Mail to the following:

David Avi Rosenfeld
Samuel Howard Rudman
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP(LI)
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173
Email: drosenfeld@lerachlaw.com

Darren J. Robbins
Mary I. Blasy
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

Alfred G. Yates
Law Offices Of Alfred G. Yates, Jr. P.C.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Telephone:  (412) 391-5164
Facsimile: (412) 471-1033

*s/ Arthur J. Margulies*

NYI-4011064v1