UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT L. GARBER, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MACY'S INC. (f/k/a FEDERATED DEPARTMENT STORES, INC.), et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 1:07-cv-04774-AKH<br><br>CLASS ACTION |
| MARLENE BLANCHARD, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MACY'S INC. (f/k/a FEDERATED DEPARTMENT STORES, INC.), et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 1:07-cv-06112-AKH<br><br>CLASS ACTION |

NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

PLEASE TAKE NOTICE that Institutional Investor Pinellas Park Retirement System (General Employees) ("Pinellas Park") will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit 1): (i) consolidating the Actions; (ii) appointing Pinellas Park as Lead Plaintiff; (iii) approving Pinellas Park's selection of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Pinellas Park submits herewith a Memorandum of Law and Declaration of David A. Rosenfeld dated August 3, 2007.

DATED:  August 3, 2007              LERACH COUGHLIN STOIA GELLER
                                       RUDMAN & ROBBINS LLP


                                            /s/ *David A. Rosenfeld*
                                         DAVID A. ROSENFELD

                                    SAMUEL H. RUDMAN (SR-7957)
                                    DAVID A. ROSENFELD (DR-7564)
                                    MARIO ALBA JR. (MA-7240)
                                    58 South Service Road, Suite 200
                                    Melville, NY  11747
                                    Telephone:  631/367-7100
                                    631/367-1173 (fax)

                                    [Proposed] Lead Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I, Mario Alba Jr., hereby certify that on August 3, 2007, I caused a true and correct copy of the attached:

> Notice Of Motion For Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel;
>
> Memorandum In Support Of The Motion Of Pinellas Park Retirement System (General Employees) For Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel; and
>
> Declaration of Mario Alba Jr. In Support of the Motion of Pinellas Park Retirement System (General Employees) For Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel.

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

       /s/ *Mario Alba Jr.*
       Mario Alba Jr.

MACY'S FEDERATED

Service List - 8/1/2007    (07-0126)

Page 1 of 1

**Counsel For Defendant(s)**

Arthur J. Margulies
Jones Day
222 East 41st Street
New York, NY  10017
   212/326-3939
   212/755-7306 (Fax)


**Counsel For Plaintiff(s)**

Alfred G. Yates
Law Offices of Alfred G. Yates, Jr., P.C.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219
   412/391-5164
   412/471-1033 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)

Darren J. Robbins
Mary K. Blasy
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
   619/231-1058
   619/231-7423 (Fax)

Brian P. Murray
Bradley P. Dyer
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY  10016
   212/682-1818
   212/682-1892 (Fax)

Richard A. Maniskas
D. Seamus Kaskela
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
   610/667-7706
   610/667-7056 (Fax)