UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT L. GARBER, On Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>MACY'S INC. (f/k/a FEDERATED DEPARTMENT STORES, INC.), et al.,<br><br>                Defendants. | Civil Action No. 1:07-cv-04774-AKH<br><br>CLASS ACTION |
| MARLENE BLANCHARD, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>MACY'S INC. (f/k/a FEDERATED DEPARTMENT STORES, INC.), et al.,<br><br>                Defendants. | Civil Action No. 1:07-cv-06112-AKH<br><br>CLASS ACTION |

[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD
PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL

- 1 -

Having considered the motion of Pinellas Park Retirement System (General Employees) ("Pinellas Park") for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and the Memorandum of Law and Declaration of David A. Rosenfeld, in support thereof, and good cause appearing therefor:

1. The Actions are hereby consolidated;

2. Pinellas Park is hereby appointed Lead Plaintiff for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

3. The law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed Lead Counsel.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE