UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT L. GARBER, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>MACY'S INC. (f/k/a FEDERATED DEPARTMENT STORES, INC.), et al.,<br><br>    Defendants. | Civil Action No. 1:07-cv-04774-AKH<br><br>CLASS ACTION |
| MARLENE BLANCHARD, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>MACY'S INC. (f/k/a FEDERATED DEPARTMENT STORES, INC.), et al.,<br><br>    Defendants. | Civil Action No. 1:07-cv-06112-AKH<br><br>CLASS ACTION |

DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF THE MOTION OF
PINELLAS PARK RETIREMENT SYSTEM (GENERAL EMPLOYEES) FOR
CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF
SELECTION OF LEAD COUNSEL

DAVID A. ROSENFELD, declares under penalty of perjury:

1. I am a member of Lerach Coughlin Stoia Geller Rudman & Robbins LLP ("Lerach Coughlin"), one of plaintiff's counsel in the action entitled *Robert L. Garber vs. Macy's Inc. (f/k/a Federated Department Stores, Inc.), et al.*, Civil Action No. 1:07-cv-04774-AKH (the "*Garber* Action"). I submit this Declaration in support of the motion of Pinellas Park Retirement System (General Employees) ("Pinellas Park") for consolidation, appointment as Lead Plaintiff and for approval of selection of Lead Counsel.

2. Attached hereto as Exhibit 1 is a true and accurate copy of the first notice published regarding the pendency of these actions, published by plaintiff in the *Garber* Action, on *Business Wire*, a national, business-oriented newswire service, on June 4, 2007.

3. Attached hereto as Exhibit 2 is a true and accurate copy of a loss chart presenting the transactions in the subject securities and summarizing the estimated losses of Pinellas Park at approximately $19,932.95, in connection with its transaction in Macy's Inc. shares during the Class Period.

4. Attached hereto as Exhibit 3 is the certification of Pinellas Park.

5. Attached hereto as Exhibit 4 is a true copy of the firm resume of Lerach Coughlin.

DATED: August 3, 2007

                                                                     /s/ *David A. Rosenfeld*
                                                                   DAVID A. ROSENFELD (DR-7564)

## CERTIFICATE OF SERVICE

I, Mario Alba Jr., hereby certify that on August 3, 2007, I caused a true and correct copy of the attached:

> Notice Of Motion For Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel;
>
> Memorandum In Support Of The Motion Of Pinellas Park Retirement System (General Employees) For Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel; and
>
> Declaration of Mario Alba Jr. In Support of the Motion of Pinellas Park Retirement System (General Employees) For Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel.

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

/s/ *Mario Alba Jr.*
Mario Alba Jr.

MACY'S FEDERATED

Service List - 8/1/2007    (07-0126)

Page 1 of 1

### Counsel For Defendant(s)

Arthur J. Margulies
Jones Day
222 East 41st Street
New York, NY 10017
   212/326-3939
   212/755-7306 (Fax)

### Counsel For Plaintiff(s)

Alfred G. Yates
Law Offices of Alfred G. Yates, Jr., P.C.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
   412/391-5164
   412/471-1033 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747
   631/367-7100
   631/367-1173 (Fax)

Darren J. Robbins
Mary K. Blasy
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
   619/231-1058
   619/231-7423 (Fax)

Brian P. Murray
Bradley P. Dyer
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY 10016
   212/682-1818
   212/682-1892 (Fax)

Richard A. Maniskas
D. Seamus Kaskela
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
   610/667-7706
   610/667-7056 (Fax)