| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Pinellas Park Retirement System (General Employees) | 03/06/2007 | 4,180 | $44.31 | $185,196.99 | held | 4,180 | $39.54 | $165,264.04 | |
| | | | | | | | | | |
| **Movant's Total** | | **4,180** | | **$185,196.99** | | **4,180** | | **$165,264.04** | **($19,932.95)** |
| | | | | | | | | | |
| | | | | | | | | | |
| *For shares held at the end of the class period, damages are calculated | | | | | | | | | |
| by multiplying the shares held by the average share price during the 90 | | | | | | | | | |
| calendar days after the end of the class period.  The price used is $39.54 | | | | | | | | | |
| as of August 01, 2007. | | | | | | | | | |