UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ROBERT L. GARBER, On Behalf of Himself : 
and All Others Similarly Situated, :
: **ECF CASE**
Plaintiff, :
: No. 07-CV-04774 (AKH)
v. :
:
MACY'S INC. (f/k/a FEDERATED :
DEPARTMENT STORES, INC.), TERRY J. :
LUNDGREN and KAREN M. HOGUET, :
:
Defendants. :
---------------------------------------------------------------x

# THE TEAMSTERS LOCAL 272 PENSION FUND'S NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

PLEASE TAKE NOTICE, that as soon as counsel may be heard, the undersigned will move this Court before the Honorable Alvin K. Hellerstein, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, pursuant to Rule 42 of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, for an Order:

1. consolidating any and all subsequent cases filed in this District which allege one or more common questions of law or fact with the above-captioned action;

2. appointing the Teamsters Local 272 Pension Fund (the "Fund") as Lead Plaintiff on behalf of the Class;

3. approving the Fund's choice of Schoengold Sporn Laitman & Lometti, P.C. as Lead Counsel for the Class; and

2

    4.    granting such other and further relief as the Court may deem just and proper.

Dated: August 3, 2007

                              Respectfully submitted,

                              By:   <u>s/ Ashley Kim</u>
                                    Christopher Lometti (CL-9124)
                                    Ashley Kim (AK-0105)
                                **SCHOENGOLD SPORN LAITMAN &**
                                **LOMETTI, P.C.**
                                19 Fulton Street, Suite 406
                                New York, NY 10038
                                Telephone: (212) 964-0046
                                Facsimile: (212) 267-8137

                                *Proposed Lead Counsel for the Class*
                                *and Attorneys for the Teamsters*
                                *Local 272 Pension Fund*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ROBERT L. GARBER, On Behalf of Himself     :
and All Others Similarly Situated,          :
                                            :    **ECF CASE**
                  Plaintiff,                :
                                            :    **No. 07-CV-04774 (AKH)**
         v.                                 :
                                            :
MACY'S INC. (f/k/a FEDERATED                :
DEPARTMENT STORES, INC.), TERRY J.          :
LUNDGREN and KAREN M. HOGUET,               :
                                            :
                  Defendants.               :
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2007, the Teamsters Local 272 Pension Fund's Notice of Motion For Consolidation, Appointment of Lead Plaintiff and Approval of Lead Counsel; Memorandum of Law In Support Thereof; Declaration of Ashley Kim; and Proposed Pretrial Order No. 1 in this action were filed electronically with the Clerk of the Court and all attorneys of record have received notification via the Southern District of New York's ECF system; and the following attorney was served by First-Class Mail:

Brian P. Murray, Esq.
Murray, Frank & Sailer, LLP
275 Madison Avenue, Ste. 801
New York, NY 10016

                                          s/ Ashley Kim _____
                                          Ashley Kim

3