UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ROBERT L. GARBER, On Behalf of Himself : and All Others Similarly Situated, :
:
: **ECF CASE**
Plaintiff, :
: No. 07-CV-04774 (AKH)
v. :
:
MACY'S INC. (f/k/a FEDERATED :
DEPARTMENT STORES, INC.), TERRY J. :
LUNDGREN and KAREN M. HOGUET, :
:
Defendants. :
---------------------------------------------------------------x

### DECLARATION OF ASHLEY KIM IN SUPPORT OF THE TEAMSTERS LOCAL 272 PENSION FUND'S MOTION FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

I, Ashley Kim, an attorney duly admitted to practice law before the courts of the State of New York, declare, under the penalty of perjury, as follows:

1. I am associated with the law firm Schoengold Sporn Laitman & Lometti, P.C. ("SSLL"). I am fully familiar with all the facts and circumstances herein. I submit this Declaration in support of the Motion of the the Teamsters Local 272 Pension Fund (the "Fund") for Consolidation, Appointment of Lead Plaintiff and Approval of Lead Counsel.

2. Exhibit 1 is a true and correct copy of the notification of the within securities class action published on a widely circulated business oriented wire service on June 4, 2007.

3. Exhibit 2 is a true and correct copy of the Fund's Certification of Securities Class Action Complaint.

4. Exhibit 3 is a true and correct copy of the calculation of the Fund's damages as a result of defendants' alleged violations of the federal securities laws.

2

5. Exhibit 4 is a true and correct copy of the firm biography of proposed Lead Counsel Schoengold Sporn Laitman & Lometti, P.C.

Dated: August 3, 2007
New York, New York

s/ Ashley Kim
Ashley Kim