UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT L. GARBER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MACY'S INC. (f/k/a FEDERATED DEPARTMENT STORES, INC.), TERRY J. LUNDGREN and KAREN M. HOGUET,<br><br>Defendants. | Case No. 1:07-cv-04774-AKH<br><br>ECF Case<br><br>**ORDER TO ADMIT JOHN M. NEWMAN JR. PRO HAC VICE** |

Upon the motion of Arthur J. Margulies attorney for defendants Macy's Inc. (f/k/a Federated Department Stores, Inc.), Terry J. Lundgren and Karen M. Hoguet ("Defendants"), and said sponsor attorney's affidavit in support, **IT IS HEREBY ORDERED**:

|   |   |
|---|---|
| Applicant's Name: | John M. Newman Jr. |
| Firm Name: | Jones Day |
| Address: | North Point |
|  | 901 Lakeside Avenue |
|  | Cleveland, OH 44114 |
| Phone Number: | (216) 586-7207 |
| Fax Number: | (216) 579-0212 |
| Email: | jmnewman@jonesday.com |

is admitted to practice pro hac vice as counsel for Defendants in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: July 30, 2007
       8/9/07

_____
The Honorable Alvin K. Hellerstein
United States District Judge

NYI-4010613v1