UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT L. GARBER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MACY'S INC. (f/k/a FEDERATED DEPARTMENT STORES, INC.), TERRY J. LUNDGREN and KAREN M. HOGUET,<br><br>Defendants. | Case No. 1:07-cv-04774-AKH<br><br>ECF Case<br><br>**NOTICE OF MOTION TO ADMIT MICHAEL A. PLATT PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Arthur J. Margulies, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

Applicant's Name:   Michael A. Platt
Firm Name:          Jones Day
Address:            North Point
                    901 Lakeside Avenue
                    Cleveland, OH 44114
Phone Number:       (216) 586-7221
Fax Number:         (216) 579-0212

Dated: August 6, 2007
New York, New York

Respectfully submitted

_____
Arthur J. Margulies (AM-7787)
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: ajmargulies@jonesday.com

*Attorney for Defendants Macy's Inc., Terry J. Lundgren and Karen M. Hoguet*

UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT L. GARBER, On Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>MACY'S INC. (f/k/a FEDERATED DEPARTMENT STORES, INC.), TERRY J. LUNDGREN and KAREN M. HOGUET,<br><br>        Defendants. | Case No. 1:07-cv-04774-AKH<br><br>ECF Case<br><br>**AFFIDAVIT OF ARTHUR J. MARGULIES IN SUPPORT OF MOTION TO ADMIT MICHAEL A. PLATT PRO HAC VICE** |

State of New York  )
                         ) ss:
County of New York  )

      Arthur J. Margulies, being duly sworn, hereby deposes and says as follows:

      1.    I am an associate with Jones Day, counsel for defendants Macy's Inc. (f/k/a Federated Department Stores, Inc.), Terry J. Lundgren and Karen M. Hoguet ("Defendants") in the above-captioned case. I am familiar with this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Michael A. Platt as counsel pro hac vice to represent Defendants in this matter.

6.  Accordingly, I am pleased to move the admission of Michael A. Platt, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Michael A. Platt, pro hac vice, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Michael A. Platt, pro hac vice, to represent Defendants in the above-captioned matter, be granted.

Dated: August 6, 2007
New York, New York

Respectfully submitted

Arthur J. Margulies (AM-7777)
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: ajmargulies@jonesday.com

*Attorney for Defendants Macy's Inc., Terry J. Lundgren and Karen M. Hoguet*

Sworn to before me this 6th



## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, **Michael J. Novack**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Michael A. Platt

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **2nd day of December, 2004**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-

UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT L. GARBER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MACY'S INC. (f/k/a FEDERATED DEPARTMENT STORES, INC.), TERRY J. LUNDGREN and KAREN M. HOGUET,<br><br>Defendants. | Case No. 1:07-cv-04774-AKH<br><br>ECF Case<br><br>**ORDER TO ADMIT MICHAEL A. PLATT PRO HAC VICE** |

Upon the motion of Arthur J. Margulies attorney for defendants Macy's Inc. (f/k/a Federated Department Stores, Inc.), Terry J. Lundgren and Karen M. Hoguet ("Defendants"), and said sponsor attorney's affidavit in support, **IT IS HEREBY ORDERED**:

|  |  |
|---|---|
| Applicant's Name: | Michael A. Platt |
| Firm Name: | Jones Day |
| Address: | North Point |
|  | 901 Lakeside Avenue |
|  | Cleveland, OH 44114 |
| Phone Number: | (216) 586-7221 |
| Fax Number: | (216) 579-0212 |
| Email: | maplatt@jonesday.com |

## CERTIFICATE OF SERVICE

The foregoing documents were served on the following counsel of record on August 6, 2007 via U.S. Mail:

David Avi Rosenfeld
Samuel Howard Rudman
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP(LI)
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173
Email: drosenfeld@lerachlaw.com

Darren J. Robbins
Mary I. Blasy
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

Alfred G. Yates
Law Offices Of Alfred G. Yates, Jr. P.C.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Telephone: (412) 391-5164
Facsimile: (412) 471-1033