UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT L. GARBER, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>MACY'S INC. (f/k/a FEDERATED DEPARTMENT STORES, INC.), TERRY J. LUNDGREN and KAREN M. HOGUET,<br><br>　　　　Defendants. | Case No. 1:07-cv-04774-AKH<br><br>ECF Case |
| MARLENE BLANCHARD, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>MACY'S INC. (f/k/a FEDERATED DEPARTMENT STORES, INC.), TERRY J. LUNDGREN and KAREN M. HOGUET,<br><br>　　　　Defendants. | Case No. 1:07-cv-06112-AKH<br><br>ECF Case |

**DEFENDANTS' RESPONSE/NON-OPPOSITION TO CONSOLIDATION
PURSUANT TO FED. R. CIV. P. 42(a)**

Defendants Macy's Inc., Terry J. Lundgren and Karen M. Hoguet submit this response /non-opposition to motions to consolidate pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

**I.    RESPONSE TO MOTIONS TO CONSOLIDATE**

On August 3, 2007, Pinellas Park Retirement System (General Employees) ("Pinellas Park") and Teamsters Local 272 Pension Fund ("Teamsters Local 272") both filed Motions For

NYI-4013398v1

Consolidation, Appointment Of Lead Plaintiff And Approval Of Lead Counsel. (Dkt. Nos. 8-14). Defendants do not take any position regarding who should be appointed lead plaintiff and approved as lead counsel. However, defendants agree with Pinellas Park and Teamsters Local 272 that all related actions should be consolidated. (*See e.g.*, Mem. of Law In Supp. of Teamsters Local 272's Mot. For Consolidation, Appointment Of Lead Plaintiff and Approval Of Lead Counsel at 2). Defendants also suggest the following new caption for the matter, once consolidated:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re MACY'S, INC. SECURITIES LITIGATION  _____  This Document Relates To:  _____ | ) ) ) ) ) ) ) ) ) )   Master File No. 1:07-cv-04774-AKH   ECF Case |

## II.   RESERVATION OF RIGHTS AS TO CLASS CERTIFICATION

Defendants expect to bring a motion to dismiss the consolidated action and believe that such a motion should bring this action to a swift end. If, however, the Court permits the consolidated action to proceed beyond the pleading stage, defendants reserve all rights to challenge, at the appropriate time, plaintiffs' attempt to certify the eventual consolidated action as a class action.

NYI-4013398v1

Dated:  August 16, 2007

Respectfully submitted,

*s/ Arthur J. Margulies*

Arthur J. Margulies (AM-7777)
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Email: ajmargulies@jonesday.com

John M. Newman Jr. (JN-5426)
Geoffrey J. Ritts (GR-4270)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
Admitted Pro Hac Vice

*Attorneys for Defendants Macy's Inc., Terry J. Lundgren and Karen M. Hoguet*

NYI-4013398v1

## CERTIFICATE OF SERVICE

The foregoing document was served on all counsel of record on August 16, 2007 by electronic mail through the Court's CM/ECF system and by U.S. Mail to the following:

Samuel Howard Rudman
David Avi Rosenfeld
Mario Alba, Jr
Lerach, Coughlin, Stoia, Geller,
Rudman & Robbins, LLP(LI)
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173
drosenfeld@lerachlaw.com
malba@lerachlaw.com

Darren J. Robbins
Mary I. Blasy
Lerach, Coughlin, Stoia, Geller,
Rudman & Robbins, LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

Alfred G. Yates
Law Offices Of Alfred G. Yates, Jr.
P.C.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Telephone: (412) 391-5164
Facsimile: (412) 471-1033

Christopher Lometti
Ashley H. Kim
Schoengold Sporn Laitman
& Lometti, P.C.
19 Fulton Street, Suite 406
New York, NY 10038
Telephone: (212) 964-0046
Facsimile: (212) 687-8137
ashley@spornlaw.com

Brian Philip Murray
Murray, Frank & Sailer, LLP
275 Madison Avenue, Ste. 801
New York, NY 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892
bmurray@murrayfrank.com

*s/ Arthur J. Margulies*