UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROBERT L. GARBER, On Behalf of Himself : 
and All Others Similarly Situated, :
: **ECF CASE**
Plaintiff, :
: **No. 07-CV-04774 (AKH)**
v. :
:
MACY'S INC. (f/k/a FEDERATED :
DEPARTMENT STORES, INC.), TERRY J. :
LUNDGREN and KAREN M. HOGUET, :
:
Defendants. :
------------------------------------------------------------x

# THE TEAMSTERS LOCAL 272 PENSION FUND'S
# NOTICE OF WITHDRAWAL

The Teamsters Local 272 Pension Fund, through its counsel, hereby withdraws its motion, filed on August 3, 2007, for consolidation, appointment of Lead Plaintiff and approval of Lead Counsel in the above-captioned and related cases.

Dated: August 17, 2007                              Respectfully submitted,


                                                    By:   s/ Ashley Kim
                                                          Christopher Lometti (CL-9124)
                                                          Ashley Kim (AK-0105)
                                                    **SCHOENGOLD SPORN LAITMAN &
                                                    LOMETTI, P.C.**
                                                    19 Fulton Street, Suite 406
                                                    New York, NY 10038
                                                    Telephone: (212) 964-0046
                                                    Facsimile:  (212) 267-8137

                                                    *Attorneys for the Teamsters
                                                    Local 272 Pension Fund*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ROBERT L. GARBER, On Behalf of Himself : 
and All Others Similarly Situated,      :
                                        :     **ECF CASE**
                   Plaintiff,           :
                                        :     **No. 07-CV-04774 (AKH)**
         v.                             :
                                        :
MACY'S INC. (f/k/a FEDERATED            :
DEPARTMENT STORES, INC.), TERRY J.      :
LUNDGREN and KAREN M. HOGUET,           :
                                        :
                   Defendants.          :
-----------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2007, the Teamsters Local 272 Pension Fund's Notice of Withdrawal of its Motion For Consolidation, Appointment of Lead Plaintiff and Approval of Lead Counsel in this action was filed electronically with the Clerk of the Court and all attorneys of record have received notification via the Southern District of New York's ECF system; and the following attorney was served by First-Class Mail:

Brian P. Murray, Esq.
Murray, Frank & Sailer, LLP
275 Madison Avenue, Ste. 801
New York, NY 10016

                                             s/ Ashley Kim_____
                                             Ashley Kim