UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
ROBERT L. GARBER, on behalf of himself and all : 
others similarly situated,                     :     07 Civ. 4774 (AKH)
                                               :
              Plaintiff,                       :
       -against-                               :
                                               :
MACY'S INC. (f/k/a FEDERATED                   :
DEPARTMENT STORES, INC.), et al.,              :
                                               :
              Defendants.                      :
----------------------------------------------------------------- x
MARLENE BLANCHARD, individually, and on        :
behalf of all others similarly situated,       :     07 Civ. 6112 (AKH)
                                               :
              Plaintiff,                       :
       -against-                               :
                                               :
MACY'S INC. (f/k/a FEDERATED                   :
DEPARTMENT STORES, INC.), et al.,              :
                                               :
              Defendants.                      :
----------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

**ORDER CONSOLIDATING CASES, APPOINTING LEAD PLAINTIFF, AND
APPROVING OF LEAD PLAINTIFFS' COUNSEL**

Having determined that the two actions captioned above are related securities actions, on behalf of a putative class of shareholders, against certain of the officers and directors of Macy's, Inc., it is hereby ordered as follows:

1. In order to ensure consistent rulings and decisions and avoid unnecessary duplication of effort, the above-captioned actions are hereby related and consolidated for all purposes, including pre-trial proceedings and trial. See Rule 42(a), Fed. R. Civ. P.

2. All subsequently filed actions raising similar or related claims arising out of the same or substantially the same transactions or events as these cases shall be consolidated with

1

the above-captioned actions for all purposes, including pre-trial proceedings and trial, except for cause shown to the contrary.

    3.    Every pleading filed in these consolidated actions shall bear the following caption:

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
In re MACY'S, INC. SECURITIES                           :
LITIGATION                                              :   Master File No. 1:07-cv-04774-AKH
                                                        :
This document relates to:                               :
                                                        :
                                                        :
                                                        :
-------------------------------------------------------- x
```

    4.    The files of these consolidated actions shall be maintained in one file under Master File No. 1:07-cv-04774-AKH.

    5.    Plaintiffs shall serve and file a Consolidated and Amended Class Action Complaint ("Complaint") no later than sixty calendar days from the date of this Order, unless otherwise agreed between the parties and approved by the Court, which shall be deemed the operative complaint, superseding all complaints filed in any of the actions consolidated hereunder.  Defendants shall have sixty days after service of the Complaint to file a responsive pleading.  In the event that Defendants file a motion to dismiss the Complaint, Plaintiffs shall file their opposition within 30 days of the motion.  If Defendants file a reply to Plaintiffs' opposition, they will do so within 30 days of service of Plaintiffs' opposition.  The court will fix argument or hearing dates thereafter.

6.  Plaintiff Pinellas Park Retirement System (General Employees) is appointed as Lead Plaintiff in the Consolidated Action. Plaintiff Teamsters Local 272 Pension Fund withdrew is motion for appointment, and no other plaintiffs moved for such appointment within the statutory period for filing.

7.  The Lead Counsel for plaintiffs for the conduct of these consolidated actions is:

> LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
> SAMUEL H. RUDMAN
> DAVID A. ROSENFELD
> MARIO ALBA, JR.
> 58 South Service Road, Suite 200
> Melville, NY 11747
> Telephone: (631) 367-7100
> Facsimile: (631) 367-1173

8.  Plaintiffs' Lead Counsel shall have authority to speak for all plaintiffs, and full authority and responsibility regarding pre-trial proceedings, trial and settlement, subject to orders of the Court. Plaintiffs' Lead Counsel shall coordinate, and be responsible for, all work delegated to others in order to facilitate the orderly, efficient, and economical prosecution of this litigation. No pleadings or papers shall be filed or discovery conducted by class action plaintiffs in the Consolidate Actions except through Lead Counsel.

SO ORDERED.

Dated:   September 5, 2007
         New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge