**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

SAN DIEGO • SAN FRANCISCO
LOS ANGELES • NEW YORK • BOCA RATON
WASHINGTON, DC • HOUSTON
PHILADELPHIA • SEATTLE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/6/07

David A. Rosenfeld
DRosenfeld@csgrr.com

REC'D SEP 03 2007 ALVIN ... IN

September 6, 2007



*The case mgmt conf. of Sep 7, 2007 is canceled. 9-6-07* [handwritten note, signed]

VIA FACSIMILE

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl St., Room 1050
New York, NY 10007

Re:   *Garber v. Macy's, Inc.*, 07-cv-4774 (AKH)

Dear Judge Hellerstein:

We represent Lead Plaintiff Pinellas Park Retirement System (General Employees) in the above-referenced securities class action and write with the consent of defendants to request an adjournment of the Case Management and Scheduling Conference scheduled for tomorrow morning, September 7, 2007, at 9:30 a.m.

In light of the Court's Order that was entered this morning appointing Lead Plaintiff and Lead Counsel and setting forth a schedule for the filing of a consolidated amended class action complaint and briefing on a motion to dismiss, we respectfully submit that the Case Management and Scheduling Conference is no longer necessary and should be adjourned until after the motion to dismiss has been fully briefed.

Respectfully submitted,

David A. Rosenfeld

cc:   Arthur J. Margulies, Esq.
      John M. Newman, Jr., Esq.
      Geoffrey J. Ritts, Esq.
        (Counsel for Defendants)

58 South Service Road, Suite 200 • Melville, New York 11747 • 631.367.7100 • Fax 631.367.1173 • www.csgrr.com