**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

SAN DIEGO · SAN FRANCISCO
LOS ANGELES · NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
PHILADELPHIA · SEATTLE

David A. Rosenfeld
DRosenfeld@csgrr.com

RECEIVED
NOV 02 2007
CHAMBERS OF
ALVIN K. HELLERSTEIN

11/2/07

November 2, 2007

VIA FACSIMILE

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl St., Room 1050
New York, NY 10007

So ordered
11/4/07
[signature] Alvin K. Hellerstein

Re: In re Macy's, Inc. Securities Litigation, 07-cv-4774 (AKH)

Dear Judge Hellerstein:

We represent Lead Plaintiff Pinellas Park Retirement System (General Employees) in the above-referenced securities class action and write with the consent of defendants to request a two-week extension of the date for filing and serving the Consolidated Amended Class Action Complaint (the "Consolidated Complaint"), which, pursuant to your Honor's September 5, 2007 Order, is currently due on November 5, 2007.

This is the first request for such an extension. The new schedule would provide that the Consolidated Complaint would be filed by November 19, 2007; Defendants will have until January 18, 2008 to answer or otherwise respond to the Consolidated Complaint; if defendants file a motion to dismiss, plaintiffs shall have until February 18, 2008 to file their opposition; and defendants shall have until March 19, 2008 to file a reply.

Respectfully submitted,

David A. Rosenfeld

cc: Arthur J. Margulies, Esq.
John M. Newman, Jr., Esq.
Geoffrey J. Ritts, Esq.
(Counsel for Defendants)