UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

In re MACY'S, INC. SECURITIES
    LITIGATION

This document relates to:

ALL ACTIONS.

------------------------------------------------------------ x

Master File No. 1:07-cv-04774-AKH

ECF

**DEFENDANTS' NOTICE OF
MOTION TO DISMISS**

    PLEASE TAKE NOTICE that upon the accompanying Memorandum in Support Of Defendants' Motion To Dismiss The Consolidated Amended Class Action Complaint, the Declaration of Michael A. Platt, dated January 18, 2008, and the exhibits annexed thereto; and on all the prior proceedings and matters of record in this case, defendants Macy's, Inc., Terry J. Lundgren, and Karen M. Hoguet, by and through their undersigned counsel, will move the Court before the Honorable Alvin K. Hellerstein, United States District Court Judge for the Southern District of New York, in courtroom 14D, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, and at such time as the Court shall direct, for an order pursuant to Federal Rules of Civil Procedure 12(b)(6) dismissing the claims set forth in the Consolidated Amended Class Action Complaint.

Dated:  January 18, 2008  Respectfully submitted,

*s/ John M. Newman, Jr.*
John M. Newman, Jr. (JN-5426)
Geoffrey J. Ritts (GR-4270)
Michael A. Platt (MP-7423)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
jmnewman@jonesday.com
gjritts@jonesday.com
maplatt@jonesday.com

Arthur J. Margulies (AM-7777)
JONES DAY
222 East 41st Street
New York, New York  10017-6702
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
ajmargulies@jonesday.com

*Attorneys for Macy's, Inc, Terry J. Lundgren, and Karen M. Hoguet*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*s/ John M. Newman, Jr.*
John M. Newman, Jr.
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
jmnewman@jonesday.com

CLI-1582074v1

# Mailing Information for a Case 1:07-cv-04774-AKH

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mario Alba , Jr**
  malba@csgrr.com,e_file_ny@csgrr.com,drosenfeld@csgrr.com

- **Ashley H. Kim**
  ashley@spornlaw.com

- **Arthur J. Margulies**
  ajmargulies@jonesday.com,dpjacobson@jonesday.com

- **John M. Newman , Jr**
  jmnewman@jonesday.com

- **Michael Alan Platt**
  maplatt@jonesday.com,pgarver@jonesday.com

- **Geoffrey J. Ritts**
  gjritts@jonesday.com

- **David Avi Rosenfeld**
  drosenfeld@csgrr.com,e_file_ny@csgrr.com,amartin@csgrr.com

- **Samuel Howard Rudman**
  srudman@csgrr.com,e_file_ny@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)