UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re MACY'S, INC. SECURITIES
    LITIGATION

This document relates to:

ALL ACTIONS.

---

: Master File No. 1:07-cv-04774-AKH

: ECF

## DECLARATION OF MICHAEL A. PLATT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

I, Michael A. Platt, declare the following under penalty of perjury under the laws of the United States:

1.    I am an associate at the law firm of Jones Day, attorneys for defendants Macy's, Inc., Terry J. Lundgren, and Karen M. Hoguet. I submit this declaration to put before the Court true and correct copies of certain documents that are pertinent to Defendants' Motion To Dismiss The Consolidated Amended Class Action Complaint.

2.    Attached to this declaration, under the identified exhibit tabs, are true and correct copies of the following documents:

CLI-1583600v1

| | |
|---|---|
| Exhibit A | SEC Form 4 filed March 2, 2007 on behalf of Terry J. Lundgren |
| Exhibit B | Excerpts from SEC Form DEF 14A filed April 4, 2007 by Federated Department Stores, Inc. ("Federated") (now listed under the ticker symbol M) |
| Exhibit C | SEC Form 4 filed March 5, 2007 on behalf of Terry J. Lundgren |
| Exhibit D | SEC Form 4 filed March 23, 2007 on behalf of Terry J. Lundgren |
| Exhibit E | SEC Form 4 filed March 6, 2007 on behalf of Karen M. Hoguet |
| Exhibit F | SEC Form 8-K filed August 9, 2006 by Federated |
| Exhibit G | SEC Form 8-K filed November 2, 2006 by Federated |
| Exhibit H | Excerpts from SEC Form 10-K filed April 13, 2006 by Federated |
| Exhibit I | SEC Form 8-K filed February 8, 2007 by Federated |
| Exhibit J | SEC Form 8-K filed February 27, 2007 by Federated |
| Exhibit K | Excerpts from Transcript of Fourth Quarter 2006 Earnings Conference Call of Federated, dated February 27, 2007 |
| Exhibit L | Press Release by Federated, dated March 8, 2007 |
| Exhibit M | Press Release by Federated, dated April 12, 2007 |
| Exhibit N | SEC Form 8-K filed May 10, 2007 by Federated |
| Exhibit O | Macy's Historical Stock Prices From February 8, 2007 to May 18, 2007 |

| | |
|---|---|
| Exhibit P | SEC Form 8-K filed May 16, 2007 by Federated |
| Exhibit Q | Cotten Timberlake, *Macy's Loses Sales as It Weans Shoppers From Coupons*, May 16, 2007, *at* http://www.bloomberg.com/apps/news?pid=newsarchive&sid=aJBh8DpFkD.Y (last visited Jan. 14, 2008) |
| Exhibit R | SEC Form 8-K filed March 14, 2007 by Charming Shoppes Inc. |
| Exhibit S | Press Release by Target Corp., dated May 10, 2007 |
| Exhibit T | Press Release by J.C. Penney Co., Inc., dated May 10, 2007 |
| Exhibit U | James Covert, *Retail-Sales Slide Fuels Concern --- Decline of 2.3% in April Among Worst on Record; Even Wal-Mart Slipped*, Wall St. J., May 11, 2007, at A3 |
| Exhibit V | Excerpts from SEC Form 8-K filed February 27, 2007 by Federated |
| Exhibit W | SEC Form 4 filed February 28, 2006 on behalf of Terry J. Lundgren |
| Exhibit X | SEC Form 4 filed March 10, 2006 on behalf of Karen M. Hoguet |
| Exhibit Y | Excerpts from SEC Form 10-Q filed December 7, 2006 by Federated |

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  January 18, 2008
              New York, New York

                                              *s/ Michael A. Platt*
                                              MICHAEL A. PLATT

- 3 -

CLI-1583600v1

**CERTIFICATE OF SERVICE**

     I hereby certify that on January 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                      *s/ Michael A. Platt*
                                      Michael A. Platt
                                      JONES DAY
                                      North Point
                                      901 Lakeside Avenue
                                      Cleveland, Ohio  44114
                                      Telephone:  (216) 586-3939
                                      Facsimile:  (216) 579-0212
                                      maplatt@jonesday.com

CLI-1582074v1

# Mailing Information for a Case 1:07-cv-04774-AKH

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mario Alba , Jr**
  malba@csgrr.com,e_file_ny@csgrr.com,drosenfeld@csgrr.com

- **Ashley H. Kim**
  ashley@spornlaw.com

- **Arthur J. Margulies**
  ajmargulies@jonesday.com,dpjacobson@jonesday.com

- **John M. Newman , Jr**
  jmnewman@jonesday.com

- **Michael Alan Platt**
  maplatt@jonesday.com,pgarver@jonesday.com

- **Geoffrey J. Ritts**
  gjritts@jonesday.com

- **David Avi Rosenfeld**
  drosenfeld@csgrr.com,e_file_ny@csgrr.com,amartin@csgrr.com

- **Samuel Howard Rudman**
  srudman@csgrr.com,e_file_ny@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)