# Exhibit C



# Form 4

Macy's, Inc. - M

Filed: March 05, 2007 (period: March 01, 2007)

Statement of changes in beneficial ownership of securities

# FORM 4

.. Check this box if no longer subject to Section 16, Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL
OMB Number: 3235-0287
Expires: January 31, 2008
Estimated average burden hours per response... 0.5

| 1. Name and Address of Reporting Person [*] **LUNDGREN TERRY J** | 2. Issuer Name **and** Ticker or Trading Symbol **FEDERATED DEPARTMENT STORES INC /DE/ (FD)** | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) __X__ Director     _____ 10% Owner __X__ Officer (give title below)     _____ Other (specify below) Chairman, President & CEO / |
|---|---|---|
| (Last)  (First)  (Middle) **C/O FEDERATED DEPARTMENT STORES, INC.** **, 7 WEST SEVENTH STREET** | 3. Date of Earliest Transaction (Month/Day/Year) **03/01/2007** | |
| (Street) **CINCINNATI**    OH    45202 | 4. If Amendment, Date Original Filed (Month/Day/Year) | 6. Individual or Join/Group Filing(Check Applicable Line) _X_ Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |
| (City)   (State)   (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month / Day / Year) | 2A. Deemed Execution Date, if any (Month / Day / Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/01/2007 | | A | | 75,000 | A | $ 0 | 258,168 | D | |
| Common Stock | | | | | | | | 1,898 [(1)] | I | By 401(k) Plan |

| Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ( *e.g.* , puts, calls, warrants, options, convertible securities) | | | | | | | | | | | |
| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month / Day / Year) | 3A. Deemed Execution Date, if any (Month / Day / Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month / Day / Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Option to Purchase Common Stock | $ 44.67 | 03/01/2007 | | A | | 500,000 | | 02/28/2011 | 03/01/2017 | Common Stock | 500,000 | $ 0 | 500,000 | D | |

**Explanation of Responses:**

1. Reflects matching contributions under the Issuer's 401(k) plan, derived by dividing the value of the undivided interest of the reporting person in the applicable investment fund as of March 2, 2007 by $44.25, the stock price of such date.

| | | |
|---|---|---|
| | /s/Christopher M. Kelly, as attorney-in-fact for Terry J. Lundgren pursuant to a Power of Attorney | 03/05/2007 |
| | ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

_____
Created by 10KWizard     www.10KWizard.com Source: Macy's, Inc., 4, March 05, 2007