# Exhibit O



*Historical Quotes*  Data Supplied by **SUNGARD**

Search | Results

## Results

Prev | Next    Next Steps  New Search  Go

**M - Macys Incorporated (NYSE)**
Dates available: 02/05/1992 - 01/11/2008

**Currency:** Currency as reported (CAR)
**Date(s):** 02/08/2007 - 05/18/2007
**Frequency:** Daily prices
**Exchange:** NYSE

View Tables | Get Charts                                   Open as Spreadsheet

| Date | Close | High | Low | Volume |
|---|---|---|---|---|
| 02/08/2007 | **42.86** | 43.38 | 42.03 | 9,878,600 |
| 02/09/2007 | **43.04** | 43.63 | 42.71 | 8,268,300 |
| 02/12/2007 | **43.36** | 43.58 | 42.75 | 5,159,000 |
| 02/13/2007 | **43.95** | 44.03 | 43.12 | 6,559,500 |
| 02/14/2007 | **44.33** | 44.47 | 43.85 | 8,155,400 |
| 02/15/2007 | **44.53** | 44.82 | 44.05 | 4,285,000 |
| 02/16/2007 | **44.10** | 44.49 | 44.00 | 3,351,000 |
| 02/19/2007 | **NA** | NA | NA | NA |
| 02/20/2007 | **44.42** | 44.70 | 44.10 | 3,550,300 |
| 02/21/2007 | **43.98** | 44.28 | 43.89 | 5,686,500 |
| 02/22/2007 | **44.25** | 44.49 | 43.32 | 7,807,800 |
| 02/23/2007 | **44.29** | 44.63 | 44.04 | 6,331,600 |
| 02/26/2007 | **44.20** | 44.94 | 43.86 | 7,901,100 |
| 02/27/2007 | **43.35** | 44.67 | 42.78 | 17,665,000 |
| 02/28/2007 | **44.67** | 45.00 | 43.53 | 13,038,000 |
| 03/01/2007 | **44.29** | 44.75 | 43.45 | 10,133,000 |

| Date | | | | |
|---|---|---|---|---|
| 03/02/2007 | **44.25** | 44.55 | 43.95 | 10,056,000 |
| 03/05/2007 | **44.17** | 44.37 | 43.74 | 9,205,700 |
| 03/06/2007 | **43.89** | 44.81 | 43.82 | 8,907,100 |
| 03/07/2007 | **43.80** | 44.37 | 43.66 | 6,661,700 |
| 03/08/2007 | **44.94** | 44.99 | 43.79 | 8,352,000 |
| 03/09/2007 | **44.49** | 45.00 | 44.21 | 8,126,400 |
| 03/12/2007 | **45.07** | 45.45 | 44.40 | 15,569,000 |
| 03/13/2007 | **44.10** | 44.77 | 43.79 | 8,094,200 |
| 03/14/2007 | **43.97** | 44.50 | 42.52 | 8,595,100 |
| 03/15/2007 | **44.29** | 44.63 | 43.70 | 4,781,300 |
| 03/16/2007 | **44.36** | 44.47 | 44.02 | 4,903,200 |
| 03/19/2007 | **44.99** | 45.22 | 44.56 | 5,818,700 |
| 03/20/2007 | **45.54** | 45.60 | 44.90 | 6,007,000 |
| 03/21/2007 | **46.22** | 46.36 | 45.44 | 6,770,400 |
| 03/22/2007 | **46.15** | 46.43 | 45.35 | 5,255,200 |
| 03/23/2007 | **46.51** | 46.70 | 46.14 | 6,756,200 |
| 03/26/2007 | **46.49** | 46.64 | 45.86 | 5,587,600 |
| 03/27/2007 | **46.23** | 46.41 | 45.94 | 4,960,500 |
| 03/28/2007 | **45.33** | 46.65 | 45.25 | 8,050,800 |
| 03/29/2007 | **45.36** | 45.92 | 44.88 | 5,193,300 |
| 03/30/2007 | **45.05** | 45.67 | 44.73 | 5,257,500 |
| 04/02/2007 | **45.06** | 45.31 | 44.65 | 6,053,000 |
| 04/03/2007 | **45.55** | 45.87 | 45.28 | 5,280,000 |
| 04/04/2007 | **45.50** | 45.96 | 45.37 | 3,881,500 |

| Date | | | | |
|---|---|---|---|---|
| 04/05/2007 | **46.00** | 46.19 | 45.35 | 3,773,600 |
| 04/06/2007 | **NA** | NA | NA | NA |
| 04/09/2007 | **46.31** | 46.39 | 45.83 | 6,001,500 |
| 04/10/2007 | **45.73** | 46.52 | 45.62 | 6,164,100 |
| 04/11/2007 | **44.86** | 45.86 | 44.78 | 8,528,000 |
| 04/12/2007 | **45.40** | 45.79 | 43.83 | 8,111,500 |
| 04/13/2007 | **45.10** | 45.85 | 44.87 | 4,280,800 |
| 04/16/2007 | **45.40** | 45.50 | 44.70 | 3,791,600 |
| 04/17/2007 | **45.22** | 45.82 | 45.04 | 4,142,800 |
| 04/18/2007 | **44.80** | 45.17 | 44.66 | 14,262,000 |
| 04/19/2007 | **44.81** | 45.37 | 44.02 | 8,286,700 |
| 04/20/2007 | **45.06** | 45.43 | 44.76 | 6,806,100 |
| 04/23/2007 | **44.87** | 45.40 | 44.78 | 4,077,300 |
| 04/24/2007 | **44.56** | 44.78 | 44.00 | 4,912,100 |
| 04/25/2007 | **45.08** | 45.18 | 44.63 | 3,789,000 |
| 04/26/2007 | **45.23** | 45.42 | 44.88 | 4,121,000 |
| 04/27/2007 | **44.76** | 44.99 | 44.38 | 4,231,100 |
| 04/30/2007 | **43.92** | 45.61 | 43.83 | 7,863,500 |
| 05/01/2007 | **43.98** | 44.17 | 43.00 | 6,994,800 |
| 05/02/2007 | **43.81** | 44.85 | 43.62 | 5,332,100 |
| 05/03/2007 | **43.43** | 44.05 | 43.41 | 6,673,600 |
| 05/04/2007 | **43.66** | 43.92 | 43.41 | 3,915,400 |
| 05/07/2007 | **43.89** | 44.17 | 43.48 | 4,272,600 |
| 05/08/2007 | **43.54** | 44.05 | 43.20 | 5,074,800 |

| | | | | |
|---|---|---|---|---|
| 05/09/2007 | **43.82** | 44.10 | 43.40 | 5,704,800 |
| 05/10/2007 | **42.10** | 43.65 | 42.10 | 16,178,000 |
| 05/11/2007 | **41.48** | 42.62 | 41.19 | 12,476,000 |
| 05/14/2007 | **40.90** | 41.81 | 40.77 | 13,341,000 |
| 05/15/2007 | **39.94** | 40.93 | 39.90 | 17,703,000 |
| 05/16/2007 | **39.65** | 40.41 | 39.34 | 12,233,000 |
| 05/17/2007 | **39.06** | 40.02 | 38.90 | 12,818,000 |
| 05/18/2007 | **39.70** | 39.70 | 38.93 | 8,014,500 |

Terms and Conditions | Copyright© 2005 LexisNexis®. All rights reserved.