# Exhibit R

Case 1:07-cv-04774-AKH    Document 32-19    Filed 01/18/2008    Page 1 of 9



# Form 8-K

## CHARMING SHOPPES INC - chrs

Filed: March 14, 2007 (period: March 12, 2007)

Report of unscheduled material events or corporate changes.

# Table of Contents

Item 7.01.  Regulation FD Disclosure.
Item 9.01.  Financial Statements and Exhibits.
SIGNATURES
EXHIBIT INDEX

EX-99.1 (BANK OF AMERICA CONFERENCE RELEASE)

EX-99.2 (BANK OF AMERICA CONFERENCE PRESENTATION)

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# FORM 8-K

**CURRENT REPORT**
Pursuant to Section 13 OR 15(d) of
The Securities Exchange Act of 1934

Date of Report (Date of earliest event reported) March 12, 2007

# CHARMING SHOPPES, INC.
(Exact name of registrant as specified in its charter)

| **PENNSYLVANIA** | **000-07258** | **23-1721355** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**450 WINKS LANE, BENSALEM, PA 19020**
(Address of principal executive offices) (Zip Code)

**(215) 245-9100**
(Registrant's telephone number, including area code)

**NOT APPLICABLE**
(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 7.01. Regulation FD Disclosure.**

On March 12, 2007, we issued a press release reporting that we are scheduled to participate in the Bank of America 2007 Consumer Conference on Wednesday, March 14, 2007, at 9:40 a.m., Eastern time.

The press release and a copy of our slide presentation are attached as Exhibit 99.1 and Exhibit 99.2, respectively, to this Report on Form 8-K.

Our presentation will contain certain forward-looking statements concerning our operations, performance, and financial condition. Such forward-looking statements are subject to various risks and uncertainties that could cause actual results to differ materially from those indicated. Such risks and uncertainties may include, but are not limited to: the failure to implement our business plan for increased profitability and growth in our retail stores and direct-to-consumer segments, the failure to successfully implement our expansion of Cacique through new store formats, the failure to successfully implement our integration of operations of, and the business plan for, Crosstown Traders, Inc., adverse changes in costs vital to catalog operations, such as postage, paper and acquisition of prospects, declining response rates to catalog offerings, failure to maintain efficient and uninterrupted order-taking and fulfillment in our direct-to-consumer business, changes in or miscalculation of fashion trends, extreme or unseasonable weather conditions, economic downturns, escalation of energy costs, a weakness in overall consumer demand, failure to find suitable store locations, the ability to hire and train associates, trade and security restrictions and political or financial instability in countries where goods are manufactured, the interruption of merchandise flow from our centralized distribution facilities, competitive pressures, and the adverse effects of natural disasters, war, acts of terrorism or threats of either, or other armed conflict, on the United States and international economies. These, and other risks and uncertainties, are detailed in our filings with the Securities and Exchange Commission, including our Annual Report on Form 10-K for the fiscal year ended January 28, 2006 and our other filings with the Securities and Exchange Commission. We assume no duty to update or revise our forward-looking statements even if experience or future changes make it clear that any projected results expressed or implied therein will not be realized.

In accordance with general instruction B.2 to Form 8-K, the information included in this Item 7.01, and the exhibits attached hereto, shall be deemed to be "furnished" and shall not be deemed to be "filed" with the Securities and Exchange Commission for purposes of Section 18 of the Securities Exchange Act of 1934, as amended.

**Item 9.01. Financial Statements and Exhibits.**

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Charming Shoppes, Inc. press release dated March 12, 2007. |
| 99.2 | Charming Shoppes, Inc. slide presentation for the Bank of America 2007 Consumer Conference. |

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**CHARMING SHOPPES, INC.**
(Registrant)

Date: March 14, 2007

**/S/ ERIC M. SPECTER**
Eric M. Specter
Executive Vice President
Chief Financial Officer

**EXHIBIT INDEX**

**Exhibit No.**   **Description**

99.1   Charming Shoppes, Inc. press release dated March 12, 2007.

99.2   Charming Shoppes, Inc. slide presentation for the Bank of America 2007 Consumer Conference.

EXHIBIT 99.1

*PRESS RELEASE*

**CHARMING SHOPPES, INC. TO PARTICIPATE IN THE
BANK OF AMERICA 2007 CONSUMER CONFERENCE**

Bensalem, PA., March 12, 2007 - Charming Shoppes, Inc., (NASDAQ: CHRS) a leading multi-brand, multi-channel specialty apparel retailer specializing in women's plus-size apparel, is scheduled to participate in the Bank of America 2007 Consumer Conference on Wednesday, March 14, 2007 at 9:40 a.m., Eastern time.

Steven R. Wishner, Senior Vice President, Finance, Strategy and Business Development and Gayle M. Coolick, Director of Investor Relations, will represent Charming Shoppes at the conference.

The Company's slide presentation and the audio portion of the presentation will be available live at http://www.charming.com/investors/manage/index.asp , beginning at 9:40 a.m., Eastern time, on Wednesday, March 14, 2007. A replay of the presentation will be available for approximately 90 days.

Charming Shoppes, Inc. operates 2,378 retail stores in 48 states under the names LANE BRYANT®, FASHION BUG ® , FASHION BUG PLUS ® , CATHERINES PLUS SIZES ® , LANE BRYANT OUTLET™ and PETITE SOPHISTICATE OUTLET™. Additionally, apparel, accessories, footwear and gift catalogs, including the following titles, are operated by Charming Shoppes' Crosstown Traders: Old Pueblo Traders, Bedford Fair, Willow Ridge, Lew Magram, Brownstone Studio, Regalia, Intimate Appeal, Monterey Bay Clothing Company, Coward Shoe and Figi's. Please visit  www.charmingshoppes.com   for additional information about Charming Shoppes, Inc.

The Company's presentation will contain certain forward-looking statements concerning the Company's operations, performance, and financial condition. Such forward-looking statements are subject to various risks and uncertainties that could cause actual results to differ materially from those indicated. Such risks and uncertainties may include, but are not limited to: the failure to implement the Company's business plan for increased profitability and growth in the Company's retail stores and direct-to-consumer segments, the failure to successfully implement the Company's expansion of Cacique through new store formats, the failure to successfully implement the Company's integration of operations of, and the business plan for, Crosstown Traders, Inc., adverse changes in costs vital to catalog operations, such as postage, paper and acquisition of prospects, declining response rates to catalog offerings, failure to maintain efficient and uninterrupted order-taking and fulfillment in our direct-to-consumer business, changes in or miscalculation of fashion trends, extreme or unseasonable weather conditions, economic downturns, escalation of energy costs, a weakness in overall consumer demand, failure to find suitable store locations, the ability to hire and train associates, trade and security restrictions and political or financial instability in countries where goods are manufactured, the interruption of merchandise flow from the Company's centralized distribution facilities, competitive pressures, and the adverse effects of natural disasters, war, acts of terrorism or threats of either, or other armed conflict, on the United States and international economies. These, and other risks and uncertainties, are detailed in the Company's filings with the Securities and Exchange Commission, including the Company's Annual Report on Form 10-K for the fiscal year ended January 28, 2006 and other Company filings with the Securities and Exchange Commission. Charming Shoppes assumes no duty to update or revise its forward-looking statements even if experience or future changes make it clear that any projected

results expressed or implied therein will not be realized.

CONTACT:
Gayle M. Coolick
Director of Investor Relations
215-638-6955