# Exhibit S



## News Release

Print This Page

May 10, 2007

**Target Corporation April Sales Decline 1.8 Percent**

MINNEAPOLIS--(BUSINESS WIRE)--May 10, 2007--Target Corporation (NYSE:TGT) today reported that its net retail sales for the four weeks ended May 5, 2007 decreased 1.8 percent to $3,903 million from $3,974 million for the four-week period ended April 29, 2006. On this same basis, comparable-store sales decreased 6.1 percent.

"Our comparable store sales in April were weaker than expected, resulting from a sales shortfall in the first two weeks of the month," said Bob Ulrich, chairman and chief executive officer of Target Corporation. "However, the continued strength of our first quarter financial results in both our core retail and credit card operations gives us confidence that we remain on track to achieve our overall financial expectations in 2007."

As previously disclosed, the Company expects 2007 earnings per share to lie within a range which includes the current First Call median estimate of $3.60.

|  | Sales (millions) | Total Sales % Change | Comparable Stores % Change | |
|---|---|---|---|---|
|  |  |  | This Year | Last Year |
| April | $3,903 | (1.8) | (6.1) | 10.4 |
| March/April Combined | $9,495 | 8.4 | 3.8 | 5.8 |
| Year-to-date | $13,623 | 9.0 | 4.3 | 5.1 |

As a reminder, our current sales disclosure practice includes a sales recording on the day of our monthly sales release and one mid-month sales update. Consistent with this practice, a new message was recorded earlier today. Our next sales recording is expected to be issued after the market closes on Monday, May 21, 2007. These recordings may be accessed by calling 612-761-6500.

Target Corporation's operations include large, general merchandise discount stores and a fully integrated on-line business through which we offer a fun and convenient shopping experience with thousands of highly differentiated and affordably priced items. The company currently operates 1,500 Target stores in 47 states. Target Corporation news releases are available at www.target.com.

CONTACT:
Target Corporation
Susan Kahn (investor)
612-761-6735

SOURCE: Target Corporation

©2006 Target.com. The Bullseye Design and Target are registered trademarks of Target Brands, Inc.    California Privacy Rights | Terms + Conditions | **PRIVACY**

All rights reserved.