# Exhibit Y



# Form 10-Q

Macy's, Inc. - M

Filed: December 07, 2006 (period: October 28, 2006)

Quarterly report which provides a continuing view of a company's financial position

# Table of Contents

PART I

-- FINANCIAL INFORMATION
Item 2.    Management's Discussion and Analysis of Financial Condition and Results of
Item 4.    Controls and Procedures

PART II

-- OTHER INFORMATION
Item 1.    Legal Proceedings.
Item 1A.   Risk Factors.
Item 2.    Unregistered Sales of Equity Securities and Use of Proceeds.
Item 5.    Other Information
Item 6.    Exhibits
SIGNATURES

EX-31.1 (EXHIBIT 31.1 CEO CERTIFICATION)

EX-31.2 (EXHIBIT 31.2 CFO CERTIFICATION)

EX-32.1 (EXHIBIT 32.1 SECTION 906 CERTIFICATION)

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

**FORM 10-Q**

X     QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the quarterly period ended October 28, 2006

OR

TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission file number:  1-13536

# Federated Department Stores, Inc.

| | |
|---|---|
| Incorporated in Delaware | I.R.S. No. 13-3324058 |
| 7 West Seventh Street<br>Cincinnati, Ohio 45202 | (513) 579-7000 |
| and | |
| 151 West 34th Street<br>New York, New York 10001 | (212) 494-1602 |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.     Yes [X]     No  [  ]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer.  See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act.
Large accelerated filer [X]     Accelerated filer  [  ]     Non-accelerated filer  [  ]

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).     Yes [  ]     No [X]

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date.

| Class | Outstanding at November 24, 2006 |
|---|---|
| Common Stock, $0.01 par value per share | 525,167,433 shares |

were no changes in the Company's internal controls over financial reporting that occurred during the Company's most recently completed fiscal quarter that materially affected, or are reasonably likely to materially affect, the Company's internal control over financial reporting.

## PART II -- OTHER INFORMATION

### FEDERATED DEPARTMENT STORES, INC.

**Item 1.  Legal Proceedings.**

On January 11, 2006, Edward Decristofaro, an alleged former May stockholder, filed a purported class action lawsuit on behalf of all former May stockholders in the Circuit Court of St. Louis, Missouri against May and the former members of the board of directors of May.  The complaint generally alleges that the directors of May breached their fiduciary duties of loyalty, due care, good faith and candor to May stockholders in connection with the Merger. The Company believes the lawsuit is without merit and intends to contest it vigorously.  The defendants have filed a motion to dismiss the lawsuit upon which the court has not yet ruled.

**Item 1A.  Risk Factors.**

There have been no material changes to the Risk Factors described in Part I, "Item 1A. Risk Factors" in the Company's Annual Report on Form 10-K, as amended, for the fiscal year ended January 28, 2006 as filed with the Securities and Exchange Commission.

**Item 2. Unregistered Sales of Equity Securities and Use of Proceeds.**

The following table provides information regarding the Company's purchases of common stock during the third quarter of 2006:

|  | Total Number of Shares Purchased (thousands) | Average Price per Share ($) | Number of Shares Purchased Under Program (1) (thousands) | Open Authorization Remaining (1) ($) (millions) |
|---|---|---|---|---|
| July 30, 2006 - August 26, 2006 | 3,112 | 37.31 | 3,112 | 2,267 |
| August 27, 2006 - September 30, 2006 | 5,237 | 39.78 | 5,237 | 2,059 |
| October 1, 2006 - October 28, 2006 | 11,448 | 44.21 | 11,448 | 1,553 |
| Total | 19,797 | 41.95 | 19,797 |  |

_____

(1)     The Company's board of directors initially approved a $500 million authorization to purchase common stock on January 27, 2000 and approved additional $500 million authorizations on each of August 25, 2000, May 18, 2001 and April 16, 2003, additional $750 million authorizations on each of February 27, 2004 and July 20, 2004 and approved an additional authorization of $2,000 million on August 25, 2006.  All authorizations are cumulative and do not have an expiration date.

**Item 5. Other Information**

**Forward Looking Statements**

This report and other reports, statements and information previously or subsequently filed by the Company with the SEC contain or may contain forward-looking statements. Such statements are based upon the beliefs and assumptions of, and on information available to, the management of the Company at the time such statements are made. The following are or may constitute forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995: (i) statements preceded by, followed by or that include the words "may," "will," "could," "should," "believe," "expect," "future," "potential," "anticipate," "intend," "plan," "think," "estimate" or "continue" or the negative or other variations thereof, and (ii) statements regarding matters that are not historical facts. Such forward-looking statements are subject to various risks and uncertainties, including:

- risks and uncertainties relating to the possible invalidity of the underlying beliefs and assumptions;