

**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

SAN DIEGO • SAN FRANCISCO
LOS ANGELES • NEW YORK • BOCA RATON
WASHINGTON, DC • HOUSTON
PHILADELPHIA • SEATTLE

FEB 15 2008

David A. Rosenfeld
DRosenfeld@csgrr.com

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #
DATE FILED: 2/15/08

February 15, 2008

So ordered
2-15-08
[signature]

VIA FACSIMILE

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl St., Room 1050
New York, NY 10007

Re: *In re Macy's, Inc. Securities Litigation*, 07-cv-4774 (AKH)

Dear Judge Hellerstein:

We represent Lead Plaintiff Pinellas Park Retirement System (General Employees) in the above-referenced securities class action and write with the consent of defendants to request a ten-day extension of the date for filing and serving Lead Plaintiff's opposition to defendants' Motion to Dismiss the Consolidated Amended Complaint (the "Plaintiff's Opposition"), which is currently due on February 19, 2008.

This is the first request for such an extension. The new schedule would provide that Plaintiff's Opposition would be filed no later than February 29, 2008. Defendants will then have until March 31, 2008 to file their reply to Plaintiff's Opposition.

Respectfully submitted,

[signature]

David A. Rosenfeld

cc: Arthur J. Margulies, Esq.
John M. Newman, Jr., Esq.
Geoffrey J. Ritts, Esq.
 (Counsel for Defendants)

58 South Service Road, Suite 200 • Melville, New York 11747 • 631.367.7100 • Fax 631.367.1173 • www.csgrr.com