

**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

SAN DIEGO · SAN FRANCISCO
LOS ANGELES · NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
PHILADELPHIA · SEATTLE

David A. Rosenfeld
DRosenfeld@csgrr.com

RECEIVED FEB 27 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08

February 27, 2008

So ordered
2-27-08
[signature]

VIA FACSIMILE

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl St., Room 1050
New York, NY 10007

Re: *In re Macy's, Inc. Securities Litigation*, 07-cv-4774 (AKH)

Dear Judge Hellerstein:

We represent Lead Plaintiff Pinellas Park Retirement System (General Employees) in the above-referenced securities class action and write with the consent of defendants to request a one week extension of the date for filing and serving Lead Plaintiff's opposition to defendants' Motion to Dismiss the Consolidated Amended Complaint (the "Plaintiff's Opposition"), which is currently due on February 29, 2008.

This is Lead Plaintiff's second request for an extension. Your Honor previously endorsed Lead Plaintiff's first request for an extension on February 15, 2008. The new schedule would provide that Plaintiff's Opposition would be filed no later than March 7, 2008, one week later. Defendants will then have until April 7, 2008 to file their reply to Plaintiff's Opposition.

Respectfully submitted,

[signature]

David A. Rosenfeld

cc: Arthur J. Margulies, Esq.
John M. Newman, Jr., Esq.
Geoffrey J. Ritts, Esq.
(Counsel for Defendants)