UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re MACY'S, INC. SECURITIES LITIGATION | : Master File No. 1:07-cv-04774-AKH :  : CLASS ACTION : |
| This Document Relates To:  ALL ACTIONS. | : DECLARATION OF RUSSELL J. GUNYAN : IN SUPPORT OF LEAD PLAINTIFF'S : MEMORANDUM OF LAW IN : OPPOSITION TO DEFENDANTS' MOTION : TO DISMISS THE CONSOLIDATED : AMENDED CLASS ACTION COMPLAINT |

RUSSELL J. GUNYAN, declares under penalty of perjury:

1.   I am an associate of Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia"), one of plaintiff's counsel in the action entitled *In re MACY'S, INC. SECURITIES LITIGATION*, Civil Action No. 1:07-cv-04774-AKH. I submit this Declaration in support of Lead Plaintiff Pinellas Park Retirement System's (General Employees) Memorandum Of Law In Opposition To Defendants' Motion To Dismiss The Consolidated Amended Class Action Complaint.

2.   Attached hereto as Exhibit 1 are true and accurate copies of the press releases published by Macy's, Inc. dated: June 7, 2007; July 12, 2007; August 9, 2007; September 6, 2007; October 11, 2007; and November 8, 2007.

Dated: March 7, 2008

/s/ Russell J. Gunyan<br>
RUSSELL J. GUNYAN

## CERTIFICATE OF SERVICE

I, Samuel H. Rudman, hereby certify that on March 7, 2008, I caused a true and correct copy of the attached:

Lead Plaintiff's Memorandum Of Law In Opposition To Defendants' Motion To Dismiss The Consolidated Amended Class Action Complaint

Declaration of Russell J. Gunyan in Support of Lead Plaintiff's Memorandum Of Law In Opposition To Defendants' Motion To Dismiss The Consolidated Amended Class Action Complaint

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

/s/ *Samuel H. Rudman*
Samuel H. Rudman

MACY'S FEDERATED (LEAD)
Service List - 3/7/2008    (07-0126)
Page 1 of 1

### Counsel For Defendant(s)

Arthur J. Margulies
Jones Day
222 East 41st Street
New York, NY  10017
   212/326-3939
   212/755-7306(Fax)

John M. Newman, Jr.
Michael A. Platt
Geoffrey J. Ritts
Jones Day
901 Lakeside Avenue, North Point
Cleveland, OH  44114
   216/586-3939
   216/579-0212(Fax)

### Counsel For Plaintiff(s)

Samuel H. Rudman
Russell J. Gunyan
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173(Fax)