# EXHIBIT 1



### Macy's, Inc. Same-Store Sales Down 3.3% in May

CINCINNATI--(BUSINESS WIRE)--June 7, 2007--Macy's, Inc. (NYSE:M) today reported total sales of $1.976 billion for the four weeks ended June 2, 2007, a decrease of 2.3 percent compared to total sales of $2.024 billion in the same period last year. On a same-store basis, Macy's, Inc. sales were down 3.3 percent in May. This compares with the company's guidance for same-store sales to be flat to down 2 percent in May, reflecting the shift of a promotional event from May last year into April this year.

For the year to date, Macy's, Inc. sales totaled $7.897 billion, down 0.7 percent from total sales of $7.954 billion in the first 17 weeks of 2006. On a same-store basis, Macy's, Inc.'s year-to-date sales were down 0.5 percent.

"While we were disappointed with sales in the month of May, the increased promotional marketing support currently being implemented for the Macy's brand is expected to improve sales trends in June and July," said Terry J. Lundgren, Macy's, Inc. chairman, president and chief executive officer.

Macy's, Inc. expects same-store sales in June to be flat to down 2%.

The company reported that Credit Suisse has completed the second and final portion of the previously announced accelerated share repurchase agreements. Upon settlement of the agreements, Macy's, Inc. received approximately 700,000 additional shares of its common stock, resulting in a total of approximately 45.7 million shares of Macy's, Inc. stock being repurchased under the agreements.

Macy's, Inc., with corporate offices in Cincinnati and New York, is one of the nation's premier retailers, with fiscal 2006 sales of $27 billion. The company operates more than 850 department stores in 45 states, the District of Columbia, Guam and Puerto Rico under the names of Macy's and Bloomingdale's. The company also operates macys.com, bloomingdales.com and Bloomingdale's By Mail. Prior to June 1, 2007, Macy's, Inc. was known as Federated Department Stores, Inc.

All statements in this press release that are not statements of historical fact are forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements are based upon the current beliefs and expectations of Macy's management and are subject to significant risks and uncertainties. Actual results could differ materially from those expressed in or implied by the forward-looking statements contained in this release because of a variety of factors, including conditions to, or changes in the timing of, proposed transactions, prevailing interest rates, competitive pressures from specialty stores, general merchandise stores, manufacturers' outlets, off-price and discount stores, new and established forms of home shopping (including the Internet, mail-order catalogs and television) and general consumer spending levels, including the impact of the availability and level of consumer debt, the effect of weather and other factors identified in documents filed by the company with the Securities and Exchange Commission.

(NOTE: Additional information on Macy's, Inc., including past news releases, is available at www.macysinc.com/pressroom)

CONTACT: Macy's, Inc. Media - Jim Sluzewski, 513-579-7764 or Investor - Susan Robinson, 513-579-7780 SOURCE: Macy's, Inc.



### Macy's, Inc. Same-Store Sales Down 2.7% in June

CINCINNATI--(BUSINESS WIRE)--July 12, 2007--Macy's, Inc. (NYSE:M) today reported total sales of $2.321 billion for the five weeks ended July 7, 2007, a decrease of 1.9 percent compared to total sales of $2.366 billion in the same period last year. On a same-store basis, Macy's, Inc. sales were down 2.7 percent in June. This compares with the company's guidance for same-store sales to be flat to down 2 percent in June.

For the year to date, Macy's, Inc. sales totaled $10.216 billion, down 1.0 percent from total sales of $10.320 billion in the first 22 weeks of 2006. On a same-store basis, Macy's, Inc.'s year-to-date sales also were down 1.0 percent.

Macy's, Inc. expects same-store sales in July to be flat to down 3 percent. Based on sales levels that are lower than originally expected, the company now expects second quarter earnings per diluted share, excluding merger integration costs, to be in the range of 20 to 30 cents, compared to previous guidance of 35 to 45 cents.

Macy's, Inc., with corporate offices in Cincinnati and New York, is one of the nation's premier retailers, with fiscal 2006 sales of $27 billion. The company operates more than 850 department stores in 45 states, the District of Columbia, Guam and Puerto Rico under the names of Macy's and Bloomingdale's. The company also operates macys.com, bloomingdales.com and Bloomingdale's By Mail. Prior to June 1, 2007, Macy's, Inc. was known as Federated Department Stores, Inc.

All statements in this press release that are not statements of historical fact are forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements are based upon the current beliefs and expectations of Macy's management and are subject to significant risks and uncertainties. Actual results could differ materially from those expressed in or implied by the forward-looking statements contained in this release because of a variety of factors, including conditions to, or changes in the timing of, proposed transactions, prevailing interest rates, competitive pressures from specialty stores, general merchandise stores, manufacturers' outlets, off-price and discount stores, new and established forms of home shopping (including the Internet, mail-order catalogs and television) and general consumer spending levels, including the impact of the availability and level of consumer debt, the effect of weather and other factors identified in documents filed by the company with the Securities and Exchange Commission.

(NOTE: Additional information on Macy's, Inc., including past news releases, is available at www.macysinc.com/pressroom)

CONTACT: Macy's, Inc. Media - Jim Sluzewski, 513-579-7764 or Investor - Susan Robinson, 513-579-7780 SOURCE: Macy's, Inc.



**Macy's, Inc. Same-Store Sales Down 1.4% in July**

CINCINNATI--(BUSINESS WIRE)--Aug. 9, 2007--Macy's, Inc. (NYSE:M) today reported total sales of $1.602 billion for the four weeks ended Aug. 4, 2007, a decrease of 0.2 percent compared to total sales of $1.605 billion in the same period last year. On a same-store basis, Macy's, Inc. sales were down 1.4 percent in July. This is within the company's guidance for same-store sales to be flat to down 3 percent in July.

For the 13-week second quarter of 2007, Macy's, Inc. sales totaled $5.894 billion, a decrease of 1.7 percent compared to total sales of $5.995 billion in the same period last year. On a same-store basis, Macy's, Inc. second quarter sales were down 2.6 percent.

For the year to date, Macy's, Inc. sales totaled $11.815 billion, down 0.9 percent from total sales of $11.925 billion in the first 26 weeks of 2006. On a same-store basis, Macy's, Inc.'s year-to-date sales were down 1.1 percent.

Macy's, Inc. expects same-store sales in August to be in the range of down 1 percent to up 2 percent.

The company is slated to report its second quarter earnings on Wednesday, Aug. 15, and will webcast a call with financial analysts that day at 10:30 a.m. (ET). The webcast is accessible to the media and general public either via the company's Web site at www.macysinc.com or by calling in on 1-800-946-0741 passcode 4059781.

Macy's, Inc., with corporate offices in Cincinnati and New York, is one of the nation's premier retailers, with fiscal 2006 sales of $27 billion. The company operates more than 850 department stores in 45 states, the District of Columbia, Guam and Puerto Rico under the names of Macy's and Bloomingdale's. The company also operates macys.com, bloomingdales.com and Bloomingdale's By Mail. Prior to June 1, 2007, Macy's, Inc. was known as Federated Department Stores, Inc.

All statements in this press release that are not statements of historical fact are forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements are based upon the current beliefs and expectations of Macy's management and are subject to significant risks and uncertainties. Actual results could differ materially from those expressed in or implied by the forward-looking statements contained in this release because of a variety of factors, including conditions to, or changes in the timing of, proposed transactions, prevailing interest rates, competitive pressures from specialty stores, general merchandise stores, manufacturers' outlets, off-price and discount stores, new and established forms of home shopping (including the Internet, mail-order catalogs and television) and general consumer spending levels, including the impact of the availability and level of consumer debt, the effect of weather and other factors identified in documents filed by the company with the Securities and Exchange Commission.

(NOTE: Additional information on Macy's, Inc., including past news releases, is available at www.macysinc.com/pressroom)

```
    CONTACT: Macy's, Inc.
             Media - Jim Sluzewski, 513-579-7764
             Investor - Susan Robinson, 513-579-7780

    SOURCE: Macy's, Inc.
```



### Macy's, Inc. Same-Store Sales Up 2.4% in August

CINCINNATI--(BUSINESS WIRE)--Sept. 6, 2007--Macy's, Inc. (NYSE:M) today reported total sales of $1.788 billion for the four weeks ended Sept. 1, 2007, an increase of 3.7 percent compared to total sales of $1.724 billion in the same period last year. On a same-store basis, Macy's, Inc. sales were up 2.4 percent in August. This exceeds the company's guidance for August same-store sales to be in the range of down 1 percent to up 2 percent.

For the year to date, Macy's, Inc. sales totaled $13.602 billion, down 0.3 percent from total sales of $13.649 billion in the first 30 weeks of 2006. On a same-store basis, Macy's, Inc.'s year-to-date sales were down 0.6 percent.

Macy's, Inc. expects same-store sales to be down 1 to 3 percent in September. Last year's September included the Macy's nationwide brand launch. The company continues to expect same-store sales in the range of down 1 percent to up 1 percent for the third quarter of 2007.

Macy's, Inc., with corporate offices in Cincinnati and New York, is one of the nation's premier retailers, with fiscal 2006 sales of $27 billion. The company operates more than 850 department stores in 45 states, the District of Columbia, Guam and Puerto Rico under the names of Macy's and Bloomingdale's. The company also operates macys.com, bloomingdales.com and Bloomingdale's By Mail. Prior to June 1, 2007, Macy's, Inc. was known as Federated Department Stores, Inc.

All statements in this press release that are not statements of historical fact are forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements are based upon the current beliefs and expectations of Macy's management and are subject to significant risks and uncertainties. Actual results could differ materially from those expressed in or implied by the forward-looking statements contained in this release because of a variety of factors, including conditions to, or changes in the timing of, proposed transactions, prevailing interest rates, competitive pressures from specialty stores, general merchandise stores, manufacturers' outlets, off-price and discount stores, new and established forms of home shopping (including the Internet, mail-order catalogs and television) and general consumer spending levels, including the impact of the availability and level of consumer debt, the effect of weather and other factors identified in documents filed by the company with the Securities and Exchange Commission.

(NOTE: Additional information on Macy's, Inc., including past news releases, is available at www.macysinc.com/pressroom)

```
CONTACT: Macy's, Inc.
         Media - Jim Sluzewski, 513-579-7764
         Investor - Susan Robinson, 513-579-7780

SOURCE: Macy's, Inc.
```



## Macy's, Inc. Same-Store Sales Down 2.7% in September

CINCINNATI--(BUSINESS WIRE)--Oct. 11, 2007--Macy's, Inc. (NYSE:M) today reported total sales of $2.274 billion for the five weeks ended Oct. 6, 2007, a decrease of 1.1 percent compared to total sales of $2.300 billion in the same period last year. On a same-store basis, Macy's, Inc. sales were down 2.7 percent in September. This is within the company's guidance for September same-store sales to be in the range of down 1 percent to 3 percent.

For the year to date, Macy's, Inc. sales totaled $15.873 billion, down 0.5 percent from total sales of $15.949 billion in the first 35 weeks of 2006. On a same-store basis, Macy's, Inc.'s year-to-date sales were down 0.9 percent.

"Consumers responded positively to the launch of our exclusive Martha Stewart Collection at Macy's in September," said Terry J. Lundgren, chairman, president and chief executive officer of Macy's, Inc. "Overall September sales were down, as expected, because of the comparison to a very strong Macy's nationwide brand launch in this month last year, which included the conversion of more than 400 former May Company stores to the Macy's nameplate, supported by intensive marketing and events at every location across the country. Sales trends this September were negatively impacted by unseasonably warm weather in the Northeast and Midwest."

Macy's, Inc. expects same-store sales in October in the range of down 1 percent to up 2 percent. The company continues to expect same-store sales in the range of down 1 percent to up 1 percent for the third quarter of 2007.

Macy's, Inc., with corporate offices in Cincinnati and New York, is one of the nation's premier retailers, with fiscal 2006 sales of $27 billion. The company operates more than 850 department stores in 45 states, the District of Columbia, Guam and Puerto Rico under the names of Macy's and Bloomingdale's. The company also operates macys.com, bloomingdales.com and Bloomingdale's By Mail. Prior to June 1, 2007, Macy's, Inc. was known as Federated Department Stores, Inc.

All statements in this press release that are not statements of historical fact are forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements are based upon the current beliefs and expectations of Macy's management and are subject to significant risks and uncertainties. Actual results could differ materially from those expressed in or implied by the forward-looking statements contained in this release because of a variety of factors, including conditions to, or changes in the timing of, proposed transactions, prevailing interest rates, competitive pressures from specialty stores, general merchandise stores, manufacturers' outlets, off-price and discount stores, new and established forms of home shopping (including the Internet, mail-order catalogs and television) and general consumer spending levels, including the impact of the availability and level of consumer debt, the effect of weather and other factors identified in documents filed by the company with the Securities and Exchange Commission.

(NOTE: Additional information on Macy's, Inc., including past news releases, is available at www.macysinc.com/pressroom)

```
CONTACT: Macy's, Inc.
         Media - Jim Sluzewski, 513-579-7764
         Investor - Susan Robinson, 513-579-7780

SOURCE: Macy's, Inc.
```



**Macy's, Inc. Same-Store Sales Down 1.5% in October**

Third Quarter Sales Are Within Company's Guidance

CINCINNATI--(BUSINESS WIRE)--Nov. 8, 2007--Macy's, Inc. (NYSE:M) today reported total sales of $1.853 billion for the four weeks ended Nov. 3, 2007, a decrease of 0.5 percent compared to total sales of $1.862 billion in the same period last year. On a same-store basis, Macy's, Inc. sales were down 1.5 percent in October. This compares with the company's guidance for October same-store sales to be in the range of down 1 percent to up 2 percent.

For the third quarter of 2007, the company's total sales were $5.910 billion, an increase of 0.4 percent compared to total sales of $5.886 billion in the same 13-week period last year. On a same-store basis, Macy's, Inc.'s third-quarter sales were down 0.8 percent. This is within the company's third quarter guidance for total sales of between $5.9 billion and $6 billion, and for same-store sales to be in the range of down 1 percent to up 1 percent.

For the year to date, Macy's, Inc. sales totaled $17.723 billion, down 0.5 percent from total sales of $17.811 billion in the first 39 weeks of 2006. On a same-store basis, Macy's, Inc.'s year-to-date sales were down 1.0 percent.

The company is slated to report its third quarter earnings on Wednesday, Nov. 14, and will webcast a call with financial analysts that day at 10:30 a.m. (ET). The webcast is accessible to the media and general public either via the company's Web site at www.macysinc.com or by calling in on 1-800-474-8920 passcode 3413873.

Macy's, Inc., with corporate offices in Cincinnati and New York, is one of the nation's premier retailers, with fiscal 2006 sales of $27 billion. The company operates more than 850 department stores in 45 states, the District of Columbia, Guam and Puerto Rico under the names of Macy's and Bloomingdale's. The company also operates macys.com, bloomingdales.com and Bloomingdale's By Mail. Prior to June 1, 2007, Macy's, Inc. was known as Federated Department Stores, Inc.

All statements in this press release that are not statements of historical fact are forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements are based upon the current beliefs and expectations of Macy's management and are subject to significant risks and uncertainties. Actual results could differ materially from those expressed in or implied by the forward-looking statements contained in this release because of a variety of factors, including conditions to, or changes in the timing of, proposed transactions, prevailing interest rates, competitive pressures from specialty stores, general merchandise stores, manufacturers' outlets, off-price and discount stores, new and established forms of home shopping (including the Internet, mail-order catalogs and television) and general consumer spending levels, including the impact of the availability and level of consumer debt, the effect of weather and other factors identified in documents filed by the company with the Securities and Exchange Commission.

(NOTE: Additional information on Macy's, Inc., including past news releases, is available at www.macysinc.com/pressroom)

CONTACT: Macy's, Inc.
Media
Jim Sluzewski, 513-579-7764
or
Investor
Susan Robinson, 513-579-7780

SOURCE: Macy's, Inc.