UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re MACY'S, INC. SECURITIES
    LITIGATION

This document relates to:

ALL ACTIONS.

------------------------------------------------------------ x

: Master File No. 1:07-cv-04774-AKH

: ECF

## SUPPLEMENTAL DECLARATION OF MICHAEL A. PLATT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

I, Michael A. Platt, declare the following under penalty of perjury under the laws of the United States:

1.    I am an associate at the law firm of Jones Day, attorneys for defendants Macy's, Inc., Terry J. Lundgren, and Karen M. Hoguet. I submit this supplemental declaration to put before the Court true and correct copies of certain documents that are pertinent to Defendants' Motion To Dismiss The Consolidated Amended Class Action Complaint.

2.    Attached to this supplemental declaration, under the identified exhibit tabs, are true and correct copies of the following documents:

CLI-1604661v1

- 2 -

    Exhibit AA    James Covert, *Federated Posts Profit Rise, Will Change Name to Macy's*, Wall St. J., Feb. 28, 2007, at B3.

    Exhibit BB    Sandra Jones, *Field Days Here for Macy's Rivals*, Chicago Tribune, Feb. 28, 2007, at C1.

    Exhibit CC    *Moody's Lowers Federated's Debt Rating One Notch*, Reuters News, Feb. 27, 2007.

3.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 7, 2008
New York, New York

*s/ Michael A. Platt*
MICHAEL A. PLATT

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*s/ Michael A. Platt*
Michael A. Platt (MP-7423)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
maplatt@jonesday.com

CLI-1604661v1

# Mailing Information for a Case 1:07-cv-04774-AKH

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mario Alba , Jr**
  malba@csgrr.com,e_file_ny@csgrr.com,drosenfeld@csgrr.com

- **Ashley H. Kim**
  ashley@spornlaw.com

- **Arthur J. Margulies**
  ajmargulies@jonesday.com,dpjacobson@jonesday.com

- **John M. Newman , Jr**
  jmnewman@jonesday.com

- **John M. Newman , Jr**
  jmnewman@jonesday.com

- **Michael Alan Platt**
  maplatt@jonesday.com,pgarver@jonesday.com

- **Geoffrey J. Ritts**
  gjritts@jonesday.com

- **David Avi Rosenfeld**
  drosenfeld@csgrr.com,e_file_ny@csgrr.com,amartin@csgrr.com

- **Samuel Howard Rudman**
  srudman@csgrr.com,e_file_ny@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`