UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
In re MACY'S, INC. SECURITIES LITIGATION    :    **ORDER GRANTING**
                                                               :    **MOTION TO DISMISS**
                                                               :
                                                               :    07 Civ. 4774 (AKH)
                                                               :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The parties appeared before me on May 19, 2008 for argument on Defendants' motion to dismiss. For the reasons stated on the record, Defendants' motion is hereby granted. Plaintiffs are granted leave to amend their complaint to correct the deficiencies noted at argument. Any amended complaint must be filed on or before June 30, 2008. Defendants' are granted leave to renew their motion to dismiss after an amended complaint is filed.

       SO ORDERED.

Dated:    May 20, 2008
            New York, New York

                                                        ALVIN K. HELLERSTEIN
                                                        United States District Judge